HARRIMAN SECURITIES CORPORATION v. 300 WEST END AVENUE CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before the 20th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.